Megan N. Sandone
JERMAIN, DUNNAGAN & OWENS, P.C.
111 W. 16th Ave., Ste. 203
Anchorage, AK  99501
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322
msandone@jdolaw.com

Julie R. Vacura, Oregon Bar No. 843692*
LARKINS VACURA KAYSER LLP
121 SW Morrison St, Suite 700
Portland, Oregon 97204
Telephone: (503) 222-4424
jvacura@lvklaw.com
*pro hac vice forthcoming

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI RED FISH COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FLETCHER BAY, LLC, <br><br> Defendant. | **Jury Trial Demanded** <br><br> Case No. 3:26-cv-00215 |

**COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE, AND INJUNCTIVE RELIEF**

**I.  PRELIMINARY STATEMENT**

1.     Plaintiff Kenai Red Fish Company, LLC ("KRF") brings this action against Defendant Fletcher Bay, LLC ("FB") for breach of a commercial lease and seeks 3.1 million dollars in damages.

## II. PARTIES

2. KRF is an Oregon limited liability company with its principal place of business in Portland, Oregon.

3. FB is an Alaska limited liability company. Based on information and belief, its principal place of business is in the State of Alaska.

## III. JURISDICTION AND VENUE

4. This court has jurisdiction over this dispute and these parties pursuant to 28 U.S.C section 1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000. Venue is proper in this court pursuant to 28 U.S.C. section 1391(b)(2) because the controversy regards the lease of real property in the State of Alaska.

## IV. GENERAL ALLEGATIONS

5. KRF is a family-run wholesale and Direct-to-Consumer seller of salmon harvested off the shores of Cook Inlet, Alaska. As part of its operations, KRF entered into a Commercial Lease Agreement ("Lease") with JR'S Evergreen Investments LLC ("Evergreen") for real property and improvements located at 27367 Tideland Street in Kasilof Alaska ("Property"). Included in the Lease is the exclusive seasonal use of a fish dock, ramp, and man docks attached thereto, buoys, office, shop, fish ticket shed, sorting table assembly, dock crane, and sufficient real property to locate a two-person trailer and portable bathroom. A copy of the Lease is attached hereto and marked Exhibit 1.

COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE, AND INJUNCTIVE RELIEF
*Kenai Red Fish Company, LLC v. Fletcher Bay, LLC,* Case No. 3:26-cv-00215
Page 2 of 8

Case 3:26-cv-00215-ACP     Document 1     Filed 05/29/26     Page 2 of 8

6.      The Lease term commenced June 15, 2023, seasonally terminating on August 31, 2023, with an automatic lease renewal each year for a period of ten years, absent notice of termination to Evergreen from KRF.  The Lease also provides for two additional five-year options to renew.

7.      The Lease was a recorded encumbrance on the property on October 25, 2025.

8.      In or about mid-May 2026 Evergreen sold the Property and improvements subject to the Lease to defendant FB.  On information and belief, FB knew the Property was subject to the Lease. FB assumed the Lease as the new owner of the property.

9.      Prior to FB closing on the transaction, KRF informed FB that it intended to continue the Lease.  KRF also advised FB that without the Lease, KRF's business would likely fail.

10.     On or about May 23, 2026 FB wrongfully terminated the Lease without cause.  On information and belief, FB did not intend to notify KRF before the start of the seasonal lease term of June 15, 2026 that it was terminating the lease.  KRF specifically asked FB if it was going to honor the lease and FB responded that it was not.

11.     As part of the business plan of KRF, it developed relationships with individual commercial fishermen in Alaska to form a fishing fleet that would sell all of their fish to KRF.  For the 2026 season, KRF had handshake agreements in place with its fleet and fully intended to honor those agreements to purchase all of the fish caught by the fleet.  Without a dock, the fleet will not be able to sell their fish to KRF this season, will

COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE, AND INJUNCTIVE RELIEF
*Kenai Red Fish Company, LLC v. Fletcher Bay, LLC,* Case No. 3:26-cv-00215
Page 3 of 8

have to find somewhere else to sell their fish and, as a result, will likely view KRF as unreliable and will not sell their fish to KRF in future seasons if KRF is able to operate going forward.

12. As part of the business plan of KRF, it has hired a crew to work each season and many of the crew have worked over many years for KRF. Without a dock, the crew will have to find work elsewhere and likely will consider KRF an unreliable employer and not return if KRF were to ever operate again.

13. There are no other docks available to lease in the Cook Inlet area, and no alternatives available at a cost that would make it economically feasible for KRF to operate this season.

14. Without the Dock, KRF's business relationships developed over the last twelve years will be fatally compromised and KRF's business will be destroyed.

15. KRF, with the lease, will make 3.1 million dollars in profit over the remaining life of the lease.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF – SPECIFIC PERFORMANCE

16. KRF incorporates by reference its allegations above as if fully set forth herein.

17. KRF has fully complied with its obligations under the Lease and is fully willing and able to continue to fulfill its obligations under the Lease going forward.

COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE, AND INJUNCTIVE RELIEF
*Kenai Red Fish Company, LLC v. Fletcher Bay, LLC,* Case No. 3:26-cv-00215
Page 4 of 8

18. FB has wrongfully terminated the Lease without notice and without cause, depriving KRF of the benefits of its bargain under the Lease

19. To effectuate the purposes of the Lease, KRF seeks an order directing FB to take all necessary steps, including giving full unfettered and exclusive access to the Dock to KRF during each year of the Lease term through 2033.

20. KRF has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF – DECLARATORY JUDGMENT

21. KRF incorporates by reference its allegations above as if fully set forth herein.

22. Notwithstanding the terms of the Lease, FB has failed and is refusing to provide KRF with exclusive possession and use of the Dock for the 2026 Lease term.

23. An actual controversy has arisen and now exists between the parties concerning their respective rights and duties under the Lease.

24. By virtue of the foregoing, KRF seeks a declaratory judgment as follows:

(a) KRF has fully complied with its obligations under the Lease;

(b) The Lease is in full effect and is enforceable against FB; and

(c) The Lease provides for KRF to have complete unfettered and exclusive possession of the Dock from June 15 through August 31 every year from 2026 through 2033.

COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE, AND INJUNCTIVE RELIEF
*Kenai Red Fish Company, LLC v. Fletcher Bay, LLC,* Case No. 3:26-cv-00215
Page 5 of 8

Case 3:26-cv-00215-ACP    Document 1    Filed 05/29/26    Page 5 of 8

## THIRD CLAIM FOR RELIEF - TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

25. KRF incorporates by reference its allegations above as if fully set forth herein.

26. KRF has fully performed its obligations under the Lease. It is being irrevocably harmed as a result of the failure by FB to abide by the terms of the Lease, specifically by its failure to provide KRF with exclusive possession and use of the Dock as outlined above.

27. KRF seeks a temporary restraining order and preliminary injunction to enjoin FB from a) taking possession of and using the Dock or other real and personal property identified in the Lease from the period of June 15 through August 31 for the years 2026 through 2033; b) acting inconsistently with the declaratory relief sought above, and c) breaching its contractual obligation under the Lease.

28. Without appropriate measures in place, KRF will suffer irreparable harm as a result of KB's failure to abide by the terms of the Lease, specifically the failure to provide KRF with exclusive possession and use of the Dock as outlined above.

## FOURTH CLAIM FOR RELEIF – BREACH OF CONTRACT

29. KRF incorporates by reference its allegations above as if fully set forth herein.

**COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE, AND INJUNCTIVE RELIEF**
*Kenai Red Fish Company, LLC v. Fletcher Bay, LLC,* Case No. 3:26-cv-00215
Page 6 of 8

Case 3:26-cv-00215-ACP    Document 1    Filed 05/29/26    Page 6 of 8

30. KRF entered into a binding and enforceable ten-year Lease with FB's predecessor in interest in 2023. By the terms of the Lease, FB, as successor in interest, is bound by the terms of the Lease.

31. On or about May 23, 2026, FB materially breached the terms of the Lease when it wrongfully terminated the Lease prior to its expiration in 2033, without notice and without cause.

32. KRF has made demand on FB to comply with the terms of the lease and FB has refused.

33. KRF is ready, willing, and able to perform its obligation under the terms of the Lease.

34. As a result of FB's wrongful termination of the Lease, KRF will suffer damages in an amount to be determined at trial but no less than 3.1. million dollars.

**WHEREFORE**, KRF prays for relief as follows:

1. That the Court Declare and Order that

    a. The Lease is fully effective and enforceable;

    b. KRF fully complied with its obligations under the Lease;

    c. FB must provide full unfettered access and exclusive use of the Dock from June 15 through August 31, for the years 2026 through 2033.

COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE, AND INJUNCTIVE RELIEF
*Kenai Red Fish Company, LLC v. Fletcher Bay, LLC,* Case No. 3:26-cv-00215
Page 7 of 8

Case 3:26-cv-00215-ACP    Document 1    Filed 05/29/26    Page 7 of 8

2.      That the Court issue a temporary restraining order and preliminary injunction prohibiting FB from using the Dock during the dates set forth above and that it provide KRF the access set forth above on the dates set forth above.

3.      That the Court alternatively award KRF 3.1 million dollars in damages resulting from FB's breach of contract.

4.      Such other and further relief as the Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff Kenai Red Fish Company LLC requests a trial by jury pursuant to Fed. R. Civ. P. 38.

DATED this 29th day of May, 2026, at Anchorage, Alaska.

JERMAIN DUNNAGAN & OWENS, P.C.
*Attorneys for Plaintiff*


By:     */s/Megan N. Sandone*
        Megan N. Sandone
        Alaska Bar No. 1005026

LARKINS VACURA KAYSER LLP
*Attorneys for Plaintiff*


By:     */s/Julie R. Vacura*
        Julie R. Vacura
        Oregon Bar No. 843692*
        **pro hac vice* forthcoming


**COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE, AND INJUNCTIVE RELIEF**
*Kenai Red Fish Company, LLC v. Fletcher Bay, LLC,* Case No. 3:26-cv-00215
Page 8 of 8