## *COMMERCIAL LEASE*

This Lease Agreement (this "Lease") is dated as of August 17, 2022, by and between JR'S Evergreen Investments LLC ("Landlord"), and Kenai Red Fish Company LLC ("Tenant"). This lease is subject to Landlord finalizing the purchase of Kenai Red Fish Company LLC interest in the subject property. The parties agree as follows:

**PREMISES.** Landlord, in consideration of the lease payments provided in this Lease, leases to Tenant Commercial fish dock, ramp, man docks attached to dock. The office that is attached to the shop. The portable fish ticket shed, the sorting table assembly. No other outbuildings are in this lease. No equipment included except the dock crane. Landlord agrees to provide Tenant a location for a 2 person trailer and a porto potty. Tenant understands the the location for the trailer and porto potty be designated by Landlord, and will be within 300 feet of the dock, and on a gravel pad,(the "Premises") located at 27367 Tideland Street, Kasilof, AK 99610.

**Buoys.** JR's Evergreen Investments LLC Permits Kenai Red Fish Company LLC to use in connection with the use of Premises in accordance with this lease buoys V1, and V2 (the buoys)  .

**Acceptance of Premises and Buoys.** Kenai Red Fish Company LLC acknowledges that neither JR'S Evergreen Investments LLC nor any agent of JR'S Evergreen Investments LLC made any representation or warranty with respect to the condition of the premises or the bnoys or the suitability of the premises or the buoys for the conduct of Kenai Red Fish Company LLC business. Kenai Red Fish Company LLC has examined the premises and the buoys and accepts them "As Is" in their present condition and without any representation or warranty of JR'S Evergreen Investments LLC whatsoever, whether express or implied with respect to the condition thereof or the suitability of the premises or the Buoys for Kenai Red Fish Company LLC intended use. JR'S Evergreen Investments LLC expressly disclaims all such express or implied warranties of any kind, including, but not limited to, any warranty of merchantability or fitness for any particular purpose.

**TERM.** The lease term will commence upon execution of this lease by both parties and Kenai Red Fish Company LLC delivering to JR'S Evergreen Investments LLC the security deposit, and insurance certificates evidencing it has insurance in place as required by this lease and begin on June 15, 2023, and will terminate on August 31, 2023, with a automatic lease option to renew every year for 10 years. Tenant will notify Landlord by March 1 should Tenant opt not to renew. With 2-5 year options to renew terms and conditions to be mutually agreed apon by both parties. The annual lease payment will be paid in full prior to the start of the lease. The termination of this lease shall not terminate or otherwise extinguish any liability or obligation (including, without limitation, indemnification obligations) of either party hereto involving any act, omission, breach, or default occurring prior to such expiration or termination.

**LEASE PAYMENTS.** Tenant shall pay to Landlord lease payments per the following schedule plus any and all fees associated with moorings and buoys. Annual lease payment plus buoy fees to be paid no later than June 15th. Lease payments shall be made to the Landlord at Po Box 39752, Ninilchik, Alaska 99639.

- years 1 - 3 at $7,500/year
- years 4 - 6 at $7,900/year
- years 7-10 at $8,500/year
- option years not to exceed 10% increase over a 5-year term.

The payment address may be changed from time to time by the Landlord. A daily log will be required for daily dock use, and fish tickets or proof to represent the weight of fish coming across the dock.

**Security Deposit.** Upon execution of this lease, and as a condition to the effectiveness hereof Kenai Red Fish Company LLC shall deposit with JR'S Evergreen Investments LLC a check or cashiers check a Security Deposit in the amount of $$7,500 to be held by JR'S Evergreen Investments LLC during the term as set forth below. The Security Deposit shall be held by JR'S Evergreen Investments LLC without liability of interest and as security for the performance by Kenai Red Fish Company LLC of Kenai Red Fish Company LLC's covenants and obligations hereunder, it is expressly understood that the Security Deposit shall not be considered as a measure of Kenai Red Fish Company LLC's damages in case of default by Kenai Red Fish Company LLC. JR'S Evergreen Investments LLC may, in its sole discretion, from time to time without prejudice to any other remedy, use the security deposit to the extent or obligation of Kenai Red Fish Company LLC hereunder. Following any such application of the security deposit, Kenai Red Fish Company LLC shall pay to JR'S Evergreen Investments LLC on demand the amount so applied in order to restore the security deposit to its original amount. If Kenai Red Fish Company LLC is not in default at the termination of this lease the balance of the security deposit remaining after any such application shall be returned to Kenai Red Fish Company LLC within a reasonable period after such termination, after deducting therefrom any unpaid obligation of Kenai Red Fish Company LLC to JR'S Evergreen Investments LLC as may arise under this lease, including, without limitation, the obligation of Kenai Red Fish Company LLC to restore the premises and buoys upon the termination of this lease. If JR'S Evergreen Investments LLC transfers its interest in the premises and buoys during the term of this lease, JR'S Evergreen Investments LLC may assign the security deposit to the transferee provided that such transferee agrees, in writing, to be bound by the terms of this lease the JR'S Evergreen Investments LLC hereunder.

**POSSESSION.** The tenant shall be entitled to possession on the first day of the term of this Lease and shall yield possession to the Landlord on the last day of the term of this Lease unless otherwise agreed by both parties in writing. At the expiration of the term, Tenant shall remove its goods and effects and peaceably yield up the Premises to Landlord in as good a condition as when delivered to Tenant, ordinary wear and tear excepted.

**USE OF PREMISES.** The tenant may use the Premises only for activities associated with offloading of commercial caught fish. No recreational fishing or activities may be used by the Tenant, guests, or Employees. The Premises may be used for any other purpose only with the prior written consent of the Landlord, which shall not be unreasonably withheld. Alaska Kaia Fisheries and Tanner Inc will have full use of the dock and crane during leased months, at no charge to them unless another agreement is made, Alaska Kaia Fisheries and Tanner Inc will give prior notice anytime they need to use the crane and will not disrupt the Tenant's use of the dockand all activities associated with offloading of commercial caught fish.

**PROPERTY INSURANCE.** Landlord and Tenant shall each maintain appropriate insurance for their respective interests in the Premises and property located on the Premises. The landlord shall be named as an additional insured in such policies. Tenant shall deliver appropriate evidence to Landlord as proof that adequate insurance is in force. Tenant shall also maintain any other insurance which Landlord may reasonably require for the protection of Landlord's interest in the Premises.

1. Kenai Red Fish Company LLC shall insure for personal property damage of Fifty Thousand Dollars ($50,000) or, of more, full insurance value.

2. Kenai Red Fish Company LLC shall take out and keep in force during the term of this Lease, at Kenai Red Fish Company LLC's expense, comprehensive general liability, business auto liability, and property damage

insurance insuring against any and all claims for injury to or death of persons and loss of or damage to property occurring upon, in, or about the Premises or Buoys. Such insurance shall be in the minimum amount of $1,000,000 liability per occurrence to any one person for personal injury or death, or for property damage, with an annual aggregate limit of liability of not less than$2,000,000.

3. If Tenant opts to provide commercial fueling services Kenai Red Fish Company LLC shall take out and keep in force during the term of this Lease pollution liability insurance covering claims for bodily injury, property damage, natural resource damages, clean-up costs, remediation, and environmental restoration resulting from "pollution conditions" occurring on or about the Premises or in any way relating to or arising out of Kenai Red Fish Company LLC's use or occupancy of the Premises. "Pollution Condition" means the discharge, dispersal, release, escape, migration, or seepage of any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, soot, vapors, fumes, acids, alkalis, chemicals, hazardous substances, hazardous materials, or waste materials, on, in, into, or upon land and structures thereupon, the atmosphere, surface water, or groundwater. The limits of liability shall be a minimum of one million dollars ($1,000,000) per claim.

4. If Kenai Red Fish Company LLC at any time during the Term fails to procure or maintain the insurance required hereunder or to pay the premiums therefor, JR's Evergreen Investments LLC shall have the right, but not the obligation, to procure the same and to pay any and all premiums thereon, and any amounts paid by JR'S Evergreen Investments LLC in connection with the acquisition of insurance shall be immediately due and payable as additional rent, and Kenai Red Fish Company LLC shall pay to JR'S Evergreen Investments LLC upon demand the full amount so paid and expended by JR'S Evergreen Investments LLC, together with interest thereon at the default rate set forth above, from the date, of such expenditure by JR'S Evergreen Investments LLC until repayment by Kenai Red Fish Company LLC. If Kenai Red Fish Company LLC shall not pay JR'S Evergreen Investments LLC within ten (10) days of Kenai Red Fish Company LLC's receipt of the demand for payment of the amount stated in the notice under this section, Kenai Red Fish Company LLC shall pay JR'S Evergreen Investments LLC a late charge as provided above.


## MAINTENANCE.

Landlord's obligations for maintenance shall include:
- prior to and after each annual lease term the dock, the man docks, the ramp
- the roof, outside walls, and other structural parts of the building
- power to the dock
- well pump
- all other items of maintenance not specifically delegated to the Tenant under this Lease.

Tenant's obligations for maintenance shall include:
- water lines to and on the dock
- electrical wiring on the dock
- Dock Maintenance, Man Docks (removing any debris caught in the dock or any repairs that will need to be done to dock from boats or debris during lease dates, Crane will be greased after every 15 hours of use. Crane will be inspected by a certified inspector at the end of every season, and items that need to be fixed will be repaired by Tenant.

### Damage or Destruction to Improvements.
The damage, destruction, or partial destruction of any building or other improvement on-premises or buoys shall not release Kenai Red Fish Company LLC from any obligations hereunder. In case of damage to or destruction of any such building or improvement Kenai Red Fish Company LLC shall repair and restore the same to its condition as of the commencement of the term at its sole cost and expense, and JR'S Evergreen Investments LLC shall have no obligation of repair or restoration. Any repair or restoration by Kenai Red Fish

**EXHIBIT 1**

**Page 3 of 8**

Company LLC shall be subject to obtaining the consent of JR'S Evergreen Investments LLC. In the event that the damage, destruction, or partial destruction of all or any part of the premises or buoys is so extensive so as to render the premises unusable, the Kenai Red Fish Company LLC may elect to either (a) repair and restore the same at its sole cost and expense, or (b) terminate this lease and not repair the damage, in which event (1) the insurance proceeds available in connection with such damage, destruction, or partial destruction shall be assigned to JR'S Evergreen Investments LLC, (2) Kenai Red Fish Company LLC Security deposit shall be refunded to Kenai Red Fish Company LLC, provided that the insurance proceeds available are sufficient to restore the premises or buoys to the condition that existed as of the commencement of the term hereof (and if such proceeds are insufficient to so restore the premises or buoys, JR'S Evergreen Investments LLC shall be entitled to retain Kenai Red Fish Company LLC security deposit).

## UTILITIES AND SERVICES.

Landlord shall be responsible for the following utilities and services in connection with the Premises:
- water and sewer

Tenant shall be responsible for the following utilities and services in connection with the Premises during the term of the lease:
- electricity
- garbage and trash disposal

Tenant acknowledges that Landlord has fully explained to Tenant the utility rates, charges, and services for which Tenant will be required to pay to Landlord (if any), other than those to be paid directly to the third-party provider.

**TAXES.** Taxes attributable to the Premises or the use of the Premises shall be allocated as follows:

REAL ESTATE TAXES. The landlord shall pay all real estate taxes and assessments for the Premises.

PERSONAL TAXES. Tenant shall pay all personal taxes and any other charges which may be levied against the Premises and which are attributable to Tenant's use of the Premises, along with all sales and/or use taxes (if any) that may be due in connection with lease payments.

**DEFAULTS.** Tenant shall be in default of this Lease if Tenant fails to fulfill any lease obligation or term by which Tenant is bound. Subject to any governing provisions of law to the contrary, if Tenant fails to cure any financial obligation within 5 days (or any other obligation within 10 days) after written notice of such default is provided by Landlord to Tenant, Landlord may take possession of the Premises without further notice (to the extent permitted by law), and without prejudicing Landlord's rights to damages. In the alternative, the Landlord may elect to cure any default and the cost of such action shall be added to Tenant's financial obligations under this Lease. Tenant shall pay all costs, damages, and expenses (including reasonable attorney fees and expenses) suffered by Landlord by reason of Tenant's defaults. All sums of money or charges required to be paid by the Tenant under this Lease shall be additional rent, whether or not such sums or charges are designated as "additional rent". The rights provided by this paragraph are cumulative in nature and are in addition to any other rights afforded by law.

**CUMULATIVE RIGHTS.** The rights of the parties under this Lease are cumulative, and shall not be construed as exclusive unless otherwise required by law.

**NON-SUFFICIENT FUNDS.** The Tenant shall be charged $50.00 for each check that is returned to the Landlord for lack of sufficient funds.

**REMODELING OR STRUCTURAL IMPROVEMENTS.** Tenant shall have the obligation to conduct any construction or remodeling (at Tenant's expense) that may be required to use the Premises as specified above. The tenant may also construct such fixtures on the Premises (at Tenant's expense) that appropriately facilitate its use for such purposes. Such construction shall be undertaken and such fixtures may be erected only with the prior written consent of the Landlord which shall not be unreasonably withheld. The tenant shall not install awnings or advertisements on any part of the Premises without Landlord's prior written consent. At the end of the lease term, the Tenant shall be entitled to remove (or at the request of the Landlord shall remove) such fixtures and shall restore the Premises to substantially the same condition as the Premises at the commencement of this Lease.

**ACCESS BY LANDLORD TO PREMISES.** Subject to Tenant's consent (which shall not be unreasonably withheld), the Landlord shall have the right to enter the Premises to make inspections, provide necessary services, or show the unit to prospective buyers, mortgagees, tenants, or workers. However, Landlord does not assume any liability for the care or supervision of the Premises. As provided by law, in the case of an emergency, the Landlord may enter the Premises without Tenant's consent. During the last three months of this Lease, or any extension of this Lease, the Landlord shall be allowed to display the usual "To Let" signs and show the Premises to prospective tenants.

**INDEMNITY REGARDING USE OF PREMISES.** To the extent permitted by law, Tenant agrees to indemnify, hold harmless, and defend Landlord from and against any and all losses, claims, liabilities, and expenses, including reasonable attorney fees, if any, which Landlord may suffer or incur in connection with Tenant's possession, use or misuse of the Premises, except Landlord's act or negligence.

**Hazardous Waste Responsibilities.**
Indemnity Kenai Red Fish Company LLC shall be solely responsible and liable for and shall indemnify, defend and hold harmless JR'S Evergreen Investments LLC for, from, and against any and all Hazardous Substances resulting from Tenant's use, on the Premises or any other property, or present in or on the air, groundwater, soil, buildings or other improvements or otherwise in, on, under, or about the Premises or the Property or any other property, resulting from the Handling by Kenai Red Fish Company LLC's Permittees of any
Hazardous Substance during the period of Kenai Red Fish Company LLC's occupancy or use of the Premises or Buoys. Without limiting the generality of the foregoing, Kenai Red Fish Company LLC shall, at any time during the
Term of the Lease and at the end of the Term of the Lease, perform all work necessary to
render the Premises and Buoys or any other property "clean" and free of all Hazardous Substances handled by Kenai Red Fish Company LLC permittees, in accordance with all present and then-applicable Laws.

**DANGEROUS MATERIALS.** Tenant shall not keep or have on the Premises any article or thing of a dangerous, flammable, or explosive character that might substantially increase the danger of fire on the Premises, or that might be considered hazardous by a responsible insurance company unless the prior written consent of Landlord is obtained and proof of adequate insurance protection is provided by Tenant to Landlord.

**Breach of Obligations.**
If Kenai Red Fish Company LLC breaches the obligations set forth in this Lease, or if the presence of Hazardous Substances in, upon, under, or about the Premises caused or permitted by Kenai Red Fish Company LLC's Permittees Handling thereof, results in contamination of the Premises or any other property, or if contamination of the Premises or any other property by Hazardous Substances otherwise occurs or exists at any time during or after the Term of this Lease, resulting from Kenai Red Fish Company LLC's Permittee's Handling of any such Hazardous Substances at the Premises, then Kenai Red Fish Company LLC shall indemnify, defend and hold JR'S Evergreen Investments LLC harmless from and against any and all liabilities, costs, expenses, claims, judgments,
damages, penalties, fines, or losses (including without limitation, damages for the loss or restriction on the use

**EXHIBIT 1**

**Page 5 of 8**

of rentable or usable space or of any amenity of the Premises, claims by any government agency or other third parties, and sums paid in settlement of claims,

attorneys' fees, consultants' fees, experts' fees, and the like) which arise at any time during the Term of this Lease or after the Term of this Lease as a direct result therefrom. The foregoing obligation of Kenai Red Fish Company LLC to indemnify, defend and hold JR'S Evergreen Investments LLC harmless shall survive and extend beyond the expiration or earlier termination of this Lease and closing

of the Purchase Option and includes, without limitation, indemnification against all costs incurred in connection with any investigation of site conditions or any studies, testing, reports, monitoring, clean-up, detoxification, decontamination, repairs, replacements, restoration and remedial work required by any federal, state, or local governmental agency, authority, or political subdivision because of any Hazardous Substance present in soil, ground water, air, buildings, or other improvements or otherwise in, upon, under or

about the Premises or the adjacent property or any other property, air or water. Without limiting the foregoing, if the presence of any Hazardous Substance in, on, under, or about the Premises due to the Handling of Hazardous Substances by Kenai Red Fish Company LLC's Permittees results in contamination of the Premises or any other property, air, or water, Kenai Red Fish Company LLC shall

immediately take all actions at its sole cost and expense as are necessary or appropriate to return the Premises to the condition existing prior to the Handling, provided that Kenai Red Fish Company LLC obtains JR'S Evergreen Investments LLC's prior written approval of such actions and of the contractors and other persons performing such actions, which approval shall not be unreasonably withheld, so long as such actions would not potentially have any materially adverse long-term or the short-term effect on the Premises. In any event, any and all actions by Kenai Red Fish Company LLC to return the Premises to the condition existing prior to the Handling of any such Hazardous Substance shall be done in compliance with all Laws, and in such a manner and at such times as to avoid interference with and/or inconvenience to any tenants, occupants, contractors and invitees of any adjacent property to the maximum extent possible. It is the intent of JR'S Evergreen Investments LLC and Kenai Red Fish Company LLC (and Vasko and Kenai Red Fish Company LLC hereby agree) that JR'S Evergreen Investments LLC shall have no liability whatsoever for the existence or presence of Hazardous Substances in, upon, under, or about the Premises resulting from the Handling of any Hazardous Substances in

connection with Kenai Red Fish Company LLC's occupancy or use of the Premises, and that Kenai Red Fish Company LLC shall have sole and absolute responsibility for the existence or presence of Hazardous Substances in, upon, under, or about the Premises and shall fully indemnify and hold Vasko harmless from and against any liabilities, costs, expenses (including attorneys' fees), claims, judgments, damages, demand, penalties, fines, and losses arising from or in connection with the existence or presence of Hazardous Substances in, upon, under, or about the Premises or the migration thereof from or to the Premises resulting from the Handling of

any Hazardous Substances in connection with Kenai Red Fish Company LLC's occupancy or use of the Premises. Kenai Red Fish Company LLC's obligations under this section shall survive the termination of this Lease and closing of the Purchase Option. In no event shall either party be responsible for damages arising from the existence or presence of Hazardous Substances which are present on the Property before the commencement of the Term.

**COMPLIANCE WITH REGULATIONS. The tenant** shall promptly comply with all laws, ordinances, requirements, and regulations of the federal, state, county, municipal and other authorities, and the fire insurance underwriters. However, the Tenant shall not by this provision be required to make alterations to the exterior of the building or alterations of a structural nature.

**MECHANICS LIENS.** Neither the Tenant nor anyone claiming through the Tenant shall have the right to file mechanics liens or any other kind of lien on the Premises and the filing of this Lease constitutes notice that such liens are invalid. Further, the Tenant agrees to (1) give actual advance notice to any contractors, subcontractors, or suppliers of goods, labor, or services that such liens will not be valid, and (2) take whatever additional steps that are necessary in order to keep the premises free of all liens resulting from construction done by or for the Tenant.

**DISPUTE RESOLUTION.** The parties will attempt to resolve any dispute arising out of or relating to this Agreement through friendly negotiations amongst the parties. If the matter is not resolved by negotiation, the parties will resolve the dispute using the below Alternative Dispute Resolution (ADR) procedure.

Any controversies or disputes arising out of or relating to this Agreement will be submitted to mediation in accordance with any statutory rules of mediation. If mediation does not successfully resolve the dispute, then the parties may proceed to seek an alternative form of resolution in accordance with any other rights and remedies afforded to them by law.

**ASSIGNABILITY/SUBLETTING.** The tenant may not assign or sublease any interest in the Premises, nor effect a change in the majority ownership of the Tenant (from the ownership existing at the inception of this lease), nor assign, mortgage or pledge this Lease, without the prior written consent of Landlord, which shall not be unreasonably withheld.

**NOTICE.** Notices under this Lease shall not be deemed valid unless given or served in writing and forwarded by mail, postage prepaid, addressed as follows:

**LANDLORD:**

Jr's Evergreen Investments LLC
Po Box 39752
Ninilchik AK 99639

**TENANT:**

Kenai Red Fish Company LLC
1723 NE Thompson St
Portland, Oregon 97212

Such addresses may be changed from time to time by any party by providing notice as set forth above. Notices mailed in accordance with the above provisions shall be deemed received on the third day after posting.

**GOVERNING LAW.** This Lease shall be construed in accordance with the laws of the State of Alaska.

**ENTIRE AGREEMENT/AMENDMENT.** This Lease Agreement contains the entire agreement of the parties and there are no other promises, conditions, understandings, or other agreements, whether oral or written, relating to the subject matter of this Lease. This Lease may be modified or amended in writing if the writing is signed by the party obligated under the amendment.

**SEVERABILITY.** If any portion of this Lease shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Lease is invalid or unenforceable, but that by limiting such provision, it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**WAIVER.** The failure of either party to enforce any provisions of this Lease shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Lease.

**BINDING EFFECT.** The provisions of this Lease shall be binding upon and inure to the benefit of both parties and their respective legal representatives, successors, and assigns.

Landlord:_____(signature)

Landlord:_____(printed)

Date:_____

Tenant:_____(signature)

Tenant:_____(printed)

Date:_____