Ken Ciccoli, Esq.
INLET LAW, LLC
4089 Pennock Street
Homer, AK 99603
(907) 299-6572
Info@Inlet-Law.com
Attorney for Fletcher Bay, LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI RED FISH COMPANY, LLC, | |
| Plaintiff, | |
| v. | Case No. 3:26-cv-00215 |
| FLETCHER BAY, LLC, | |
| Defendant. | |

## ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

This Cause has Come Upon The Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the supporting materials, Defendant's opposition, the declarations and exhibits submitted by the parties, and the applicable law and being otherwise duly apprised of the contents therein **ORDERS**:

The Court bases its determination upon the following **Conclusions of Law** and **Findings of Fact**:

KENAI RED FISH COMPANY, LLC
v. FLETCHER BAY, LLC

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING
ORDER/PRELIMINARY INJUNCTION
Page 1 of 3

CASE NO. 3:26-CV-00215

Case 3:26-cv-00215-ACP    Document 10-1    Filed 06/08/26    Page 1 of 3

1. A temporary restraining order and preliminary injunction are extraordinary remedies.

2. Plaintiffs seek This Court enjoin Defendant from control and ownership of Defendant's dock.

3. Injunctions are equitable in nature and require no adequate remedy at law be present when sought.

4. As the injunction centers around an alleged breach of contract, The Court finds that there exists an adequate remedy at law in the form of damages.

5. Plaintiff has neither, demonstrated that it is likely to succeed on the merits, nor that the facts and law clearly favor the mandatory relief requested.

6. Plaintiff has not shown likely irreparable harm absent preliminary relief.

7. The balance of equities and public interest do not support ordering Defendant to surrender exclusive control of the dock and related property before adjudication of the parties' disputed rights and obligations

8. Thus, Plaintiff has not carried its burden under *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008), and *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127 (9th Cir. 2011).

KENAI RED FISH COMPANY, LLC          ORDER DENYING MOTION FOR          CASE NO. 3:26-CV-00215
V. FLETCHER BAY, LLC                          TEMPORARY RESTRAINING
                                                         ORDER/PRELIMINARY INJUNCTION
                                                                        Page 2 of 3

Case 3:26-cv-00215-ACP     Document 10-1     Filed 06/08/26     Page 2 of 3

THEREFORE, the Court **ORDERS** that Plaintiff's Motion for Temporary

Restraining Order and Preliminary Injunction is hereby **DENIED**.

**IT IS SO ORDERED**, this _____ day of _____, 2026.

_____
THE HONORABLE AARON C. PETERSON
U.S. DISTRICT COURT JUDGE

<u>CERTIFICATE OF SERVICE</u>

I served a true and correct copy of the foregoing on:

Megan N. Sandone
Jermain, Dunnagan & Owens, P.C.
111 W. 16th Ave., Ste. 203
Anchorage, AK 99501
msandone@jdolaw.com

Julie R. Vacura, Oregon Bar No. 843692
Larkins Vacura Kayser LLP
121 SW Morrison St, Suite 700
jvacura@lvklaw.com
*Attorneys for Plaintiff Pro Hac Vice Pending*

This document was served via PACER service.

Dated: June 8, 2026
INLET LAW, LLC
<u>/s/ Ken Ciccoli</u>

KENAI RED FISH COMPANY, LLC
v. FLETCHER BAY, LLC

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING
ORDER/PRELIMINARY INJUNCTION
Page 3 of 3

CASE NO. 3:26-CV-00215

Case 3:26-cv-00215-ACP    Document 10-1    Filed 06/08/26    Page 3 of 3